DONALD W. SEARLES (Cal. Bar. No. 135705)
Email: searlesd@sec.gov
CHARLES E. CANTER (Cal. Bar. No. 263197)
Email: canterc@sec.gov
COLLEEN M. KEATING (Cal. Bar. No. 261213)

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Counsel
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

MARK W. HECKELE
Email: mark@reallawtucson.com

P.O. Box 2153
Friday Harbor, WA 98250
Telephone: (520) 344-2495
Facsimile: (520) 303-9944
*Defendant pro se*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY TODD JOHNSON, et al.,<br><br>Defendants. | Case No. 5:20-cv-01493-MCS-SHK<br><br>**STIPULATION RE: TRIAL BY THE COURT**<br><br>Final Pretrial Conference:  March 7, 2022<br><br>Trial:  March 22, 2022 |

Case No. 5:20-cv-01493-MCS-SHK

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC") and Defendant Mark Heckele hereby stipulate as follows:

WHEREAS, the final pretrial conference in this matter is set for March 7, 2022, at 2:00 p.m., and case is set for trial on March 22, 2022 (Dkt. No. 82);

WHEREAS, Defendant made a demand for trial by jury on all issues triable to a jury in accordance with Fed. R. Civ. P. 38(b) on November 16, 2020 (Dkt. No. 33);

WHEREAS, Defendant is the sole remaining defendant in this action;

WHEREAS, the SEC and Defendant met and conferred by telephone on January 28, 2022, and January 31, 2022, in accordance with L.R. 16-2;

WHEREAS, following the parties' conference, Defendant agreed to waive, and by this stipulation does waive, his right to a jury trial;

NOW THEREFORE, the parties hereby stipulate in accordance with Fed. R. Civ. P. 39(a)(1), subject to the approval of the Court, that:

Trial in this matter shall be before the Court.

Pursuant to Local Rule 5-4.3.4, the filer, Charles E. Canter, attests that all other signatories all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  February 4, 2022          SECURITIES AND EXCHANGE
                                  COMMISSION


                                  By: /s/ Charles E. Canter
                                      Donald R. Searles
                                      Charles E. Canter
                                      Attorneys for
                                      Plaintiff Securities and Exchange
                                      Commission

| | | |
|---|---|---|
| 1 | Dated: February 9, 2022 | MARK HECKELE |
| 2 | | |
| 3 | | By: */s/ Mark Heckele* |
| 4 | | Mark Heckele<br>Defendant *pro se* |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

      U.S. SECURITIES AND EXCHANGE COMMISSION
      444 S. Flower Street, Suite 900, Los Angeles, California 90071
      Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On February 9, 2022, I caused to be served the document entitled **STIPULATION RE: TRIAL BY THE COURT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

      I declare under penalty of perjury that the foregoing is true and correct.

Date: February 9, 2022          */s/ Charles E. Canter*
                                                 Charles E. Canter

***SEC v. Anthony Todd Johnson (aka Todd Johnson), et al.***
***United States District Court—Central District of California***
***Case No. 5:20-cv-01493-MCS-SHK***

**SERVICE LIST**

Mark Heckele
mark@reallawtucson.com
*Pro Se*

2