# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANTHONY TODD JOHNSON, et al.<br><br>　　　　Defendants. | Case No. 5:20-cv-01493-MCS-SHK<br><br>[PROPOSED] ORDER ON STIPULATION FOR COURT TRIAL (ECF No. 86) |

　　The Court having considered the Parties' Stipulation Re: Trial by the Court, and for good cause shown:

　　IT IS HEREBY ORDERED that trial in this matter shall be before the Court (bench trial).

　　IT IS SO ORDERED.

Dated: February 10, 2022

_____
Mark C. Scarsi
United States District Judge