MARK W. HECKELE
Email: mark@reallawtucson.com
P.O. Box 2153
Friday Harbor, WA 98250
Telephone: (520) 344-2495
Facsimile: (520) 303-9944
*Defendant pro se*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY TODD JOHNSON (aka TODD JOHNSON), et al,<br><br>Defendants. | Case No. 5:20-cv-01493-MCS-SHK<br><br>**DEFENDANT MARK HECKELE'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW (LR 16-4)**<br><br>Trial:    March 22, 2022<br>Judge:    Hon. Mark C. Scarsi |

**TO THIS COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant, MARK HECKELE ("Defendant" or "Heckele") hereby submits the following *Supplemental* Memorandum of Contentions of Fact and Law, pursuant to Local Rule 16-4:

/ / /

1   **I.     STATEMENT OF FACTS AND SUMMARY OF CLAIMS & DEFENSES**

2       **A.     <u>Defendant's Summary of Facts</u>**

3       **B.     <u>Summary of Plaintiff's Claims</u>**

4            **i.     The Section 17(a)(2) Claim**

5                 **a.     *Plaintiff's burden of proof.***

6                 **b.     *Plaintiff's allegations.***

7                 **c.     *Defendant's defense.***

8   . . .

9       Fifth, the ECT1 and GGV offering documents and Lloyd's solicitation emails

10  had the requisite cautionary statements and disclosures regarding forward-looking

11  statements.

12      To begin with, both ECT1 and GGV disclosed that C-Quadrant and Zabala

13  Farms were "Development Stage Businesses" in their respective private offering

14  documents.  Section V. [Risk Factors] subsection A. [Development Stage Business] of

15  the ECT1 and GGV *Private Placement Memorandum* (collectively, the "PPMs") reads

16  (respectively):

17          C-Quadrant commenced operations in January 2018 and is organized as a LLC
            under the laws of the State of California.  C-Quadrant has only a limited history
18          upon which an evaluation of its prospects and future performance can be made.
            Its proposed operations are subject to all business risks associated with new
19          enterprises.  The likelihood of the C-Quadrant's success must be considered in
            light of the problems, expenses, difficulties, complications, and delays frequently
            encountered regarding the expansion of a business, operation in a competitive
20          industry, and the continued development of advertising, promotions and a
            corresponding customer base.  There is a possibility that the Company could
            sustain losses in the future.  There can be no assurances that C-Quadrant will
21          even operate profitably.

Zabala Farms commenced operations in mid-2017 and is organized as a LLC under the laws of the State of California. Zabala Farms has only a limited history upon which an evaluation of its prospects and future performance can be made. Its proposed operations are subject to all business risks associated with new enterprises. The likelihood of the Zabala Farms' success must be considered in light of the problems, expenses, difficulties, complications, and delays frequently encountered regarding the expansion of a business, operation in a competitive industry, and the continued development of advertising, promotions and a corresponding customer base. There is a possibility that the Company could sustain losses in the future. There can be no assurances that Zabala Farms will even operate profitably.

Defendant will ask the Court to reconsider its January 26, 2022 *Order Granting in Part and Denying In Part Motion for Summary Judgment (ECF No. 66)* (Dkt. 83) ("Order") in which it held that: (1) "Defendant and Lloyd did not disclose that a business with which ECT1 and GGV was affiliated had no operations, no revenue, no distributions contracts, no title to the land where the marijuana farms were going to be, and no completed environmental study required by the applicable laws. SUF ¶¶ 80–81" [Order at pg. 11, lines 2-5]; and (2) ". . . 'the materiality of information relating to financial condition, solvency and profitability is not subject to serious challenge.' Murphy, 626 F.2d at 653." [*id*. at lines 18-20], and therefore that ". . . the undisputed facts demonstrate Lloyd made a material misstatement . . ." [*id*. at lines 20-21].

First, Lloyd's failure to disclose that C-Quadrant and Zabala Farms were start-ups with no revenue is incorrect, as the PPMs state that, as does ECT1's and GGV's *Operating Agreement*, which read (respectively), in Exhibit C [Statement of Risk Factors] thereto:

H. No History of Operations. The Company has no operating history. Although the Manager has experience in the ownership and operation of similar businesses, such experience will not ensure that the Company will be profitable.

Case No. 5:20-cv-01493-MCS-SHK
DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

The profitability of the Company will depend upon factors over which the Manager has no control.

**We have limited operating history and it is difficult to evaluate our potential for business success.**

We do not have a long-established history of operations, the industry in which we participate does not have an established history of operations; and the marketplace in which we participate is unconventional. As such, we face all the risks inherent in a new business, participating in a new industry, and there can be no assurance we will be successful and/or profitable. Our entry into the medical marijuana farming industry and our lack of a significant operating history makes it difficult to evaluate the risks and uncertainties we face. Our failure to address these risks and uncertainties could cause our business results to suffer.

Second, the alleged failure to disclose (a) the lack of distribution contracts, (b) (initially) having no title to the land, and (iii) that C-Quadrant had not completed an environmental study (which was <u>not</u> required under California) is simply immaterial during the time of the offering.

Third, Lloyd's emails to prospective investors included the following disclaimer (*emphasis added*):

This overview is for informational purposes and is not an offer to sell or a solicitation of an offer to buy any securities and may not be relied upon in connection with the purchase or sale of any security which if offered, will only be available to parties who are "accredited investors" or 35 "non accredited investors" (as defined in Rule 501 of Regulation D promulgated pursuant to the Securities Act of 1933, as amended) and who are interested in investigating the offer on their own behalf. Any offering or solicitation will be made only to qualified prospective investors pursuant to a confidential offering memorandum, and the subscription documents, all of which should be read in their entirety. ***The information in this document may include forward-looking statements. All statements, other than statements of historical facts, which address activities, events or developments that the Company expects or anticipates will or may occur in the future, are forward-looking statements. These statements are subject to risks and uncertainties, which could cause actual results and developments to differ materially from these statements.***

In addition, the PPMs and ECT1's and GGV's Operating Agreement were

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

littered with poignant cautionary language, which falls within the "bespeaks caution" doctrine, which Defendant hereby contends applies to SEC actions. *See S.E.C. v. Reys*, 712 F. Supp. 2d 1170, 1176 (W.D. Wash. 2010).

The ECT1 PPM contained the following cautionary language:

*These figures are based upon C-Quadrant's pro forma, and the Company's investment of raised capital after the Manager's fee and reservation of Units.

The offering price per unit has been determined by the Company based on C-Quadrant's 2019 *pro forma*, which would yield tier-one Members of the Company a ROI of approximately 100% in its first year of operation (i.e., 2019), and a year over year ROI over the next five years of approximately 83%. *See Risk Factors: offering Price.*

**THESE ARE SPECULATIVE SECURITIES WHICH INVOLVE A HIGH DEGREE OF RISK. ONLY AACREDITED INVESTORS WHO CAN BEAR LOSS OF THEIR ENTIRE INVESTMENT SHOULD INVEST IN UNITS.**

EACH PROSPECTIVE INVESTOR SHOULD PROCEED ON THE ASSUMPTION THAT HE MUST BEAR THE ECONOMIC RISKS OF THE INVESTMENT FOR AN INDEFINITE PERIOD, SINCE THE SECURITIES MAY NOT BE SOLD UNLESS, AMONG OTHER THINGS, THEY ARE SUBSEQUENTLY REGISTERED UNDER THE APPLICABLE SECURITIES ACTS OR AN EXEMPTION FROM SUCH REGISTRATION IS AVAILABLE.

THE OFFERING PRICE OF THE SECURITIES TO WHICH THE CONFIDENTIAL TERM SHEET RELATES HAS BEEN ARBITRARILY ESTABLISHED BY THE COMPANY AND DOES NOT NECESSARILY BEAR ANY SPECIFIC RELATION TO THE ASSETS, BOOK VALUE OR POTENTIAL EARNINGS OF THE COMPANY OR ANY OTHER RECOGNIZED CRITERIA OF VALUE.

No person is authorized to give any information or make any representation not contained in this Private Placement Memorandum (this "Memorandum") and any information or representation not contained herein must not be relied upon. Nothing in this Memorandum should be construed as legal or tax advice.

The Management of the Company has provided all the information stated herein. The Company makes no express or implied representation or warranty as to the completeness of this information or, in the case of projections, estimates, future plans, or forward-looking assumptions or statements, as to their attainability or the accuracy and completeness of the assumptions from which they are derived, and it is expected that each prospective investor will pursue his,

Case No. 5:20-cv-01493-MCS-SHK
DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

her, or its own independent investigation.  It must be recognized that estimates of the Company's performance are necessarily subject to a high degree of uncertainty and may vary materially from actual results.

. . . Other than the Company's Management, no one has been authorized to give any information or to make any representation with respect to the Company or the Units that is not contained in this Memorandum.  Prospective investors should not rely on any information not contained herein.

By acceptance of this Memorandum, prospective investors recognize and accept the need to conduct their own thorough investigation and due diligence before considering a purchase of any Unit(s).  The contents of this Memorandum should not be considered as being investment, tax, or legal advice and each prospective investor should consult with their own counsel and advisors as to all matters concerning an investment in this offering.

During the course of the offering and prior to any sale, each offeree of the Units and his/her/its professional advisors, if any, are invited to ask questions concerning the terms and conditions of the offering and to obtain any additional information necessary to verify the accuracy of the information set forth herein. Such information will be provided to the extent the Company possess such information or can acquire it without unreasonable effort or expense.

EACH PROSPECTIVE INVESTOR WILL BE GIVEN AN OPPORTUNITY TO ASK QUESTIONS OF, AND RECEIVE ANSWERS FROM, MANAGEMENT OF THE COMPANY CONCERNING THE TERMS AND CONDITIONS OF THIS OFFERING AND TO OBTAIN ANY ADDITIONAL INFORMATION, TO THE EXTENT THE COMPANY POSSESSES SUCH INFORMATION OR CAN ACQUIRE IT WITHOUT UNREASONABLE EFFORTS OR EXPENSE, NECESSARY TO VERIFY THE ACCURACY OF THE INFORMATION CONTAINED IN THIS MEMORANDUM.  IF YOU HAVE ANY QUESTIONS WHATSOEVER REGARDING THIS OFFERING, OR DESIRE ANY ADDITIONAL INFORMATION OR DOCUMENTS TO VERIFY OR SUPPLEMENT THE INFORMATION CONTAINED IN THIS MEMORANDUM, PLEASE WRITE OR CALL . . .

Each prospective subscriber should carefully review the entire Memorandum and all materials referred to herein and conduct his or her own due diligence before subscribing for any Units.

**D.    Business Model**

The Company's business model was prepared by the Company using assumptions, including several forward-looking statements from C-Quadrant. Each prospective subscriber should carefully review the all documents in association with this Memorandum before purchasing Units. Management makes no representations as to the accuracy or achievability of the underlying assumptions and projected results contained herein.

DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW

**F.     Risk Factors**

See "RISK FACTORS" section in this Memorandum for certain factors that could adversely affect an investment in the Units.  Those factors include, but are not limited to unanticipated obstacles to execution of the business, general economic factors, unfavorable federal backlash to the industry as a whole, which could affect C-Quadrant's operations.

**III.     REQUIREMENTS FOR PURCHASERS**

Prospective purchasers of the Units offered by this Memorandum should give careful consideration to certain risk factors described under "RISK AND OTHER IMPORTANT FACTORS" section and especially to the speculative nature of this investment and the limitations described under that caption with respect to the lack of a readily available market for the Units and the resulting long-term nature of any investment in the Company.

**IV.     FORWARD LOOKING INFORMATION**

Some of the statements contained in this Memorandum, including information incorporated by reference, discuss future expectations, or state other forward-looking information, often times as it pertains to C-Quadrant's operations. Those statements are subject to known and unknown risks, uncertainties, and other factors, several of which are beyond the Company's control, which could cause the actual results to differ materially from those contemplated by the statements.  The forward-looking information is based on various factors and was derived using numerous assumptions.  In light of the risks, assumptions, and uncertainties involved, there can be no assurance that the forward-looking information contained in this Memorandum will in fact transpire or prove to be accurate.

The Company makes no representation and undertakes no obligation to update the forward-looking information to reflect actual results or changes in assumptions or other factors that could affect those statements.

**V.     RISK FACTORS**

*Investing in the Company's Units is very risky.  You should be able to bear a complete loss of your investment.  You should carefully consider the following factors, including those listed in the accompanying Operating Agreement of the Company.*

**B.     Inadequacy of Funds**

Gross offering proceeds of a minimum of $25,000 and a maximum of $5,000,000 may be realized. Management believes that such proceeds will capitalize and sustain C-Quadrant sufficiently to allow for the implementation of the C-Quadrant's business model.  If only a fraction of this offering is sold, or if certain

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

assumptions contained in Management's business plans prove to be incorrect, the Company may have inadequate funds to fully develop its business and may need debt financing or other capital investment to fully implement the Company's business plans.

### C.    Dependence on Management

In all stages of development, the Company's business will be significantly dependent on C-Quadrant's management team. C-Quadrant's success will be particularly dependent upon: Michael Gregory, Anthony Johnson, and Jeremy Johnson.  The loss of any one of these individuals could have a material adverse effect on C-Quadrant, and therefore the Company.

### I.    Unanticipated Obstacles to Execution of the Business Model

C-Quadrant's business plans may change significantly. Many of C-Quadrant's potential business endeavors are capital intensive and may be subject to statutory or regulatory requirements.  Management believes that C-Quadrant's chosen activities and strategies are achievable considering current economic and legal conditions with the skills, background, and knowledge of C-Quadrant's principals and advisors.  Management reserves the right to make significant modifications to the C-Quadrant's stated strategies depending on future events.

### J.    Management Discretion as to Use of Proceeds

The net proceeds from this offering will be used for the purposes described under Article II Section G [Use of Proceeds] herein  The Company reserves the right to use the funds obtained from this offering for other similar purposes not presently contemplated which it deems to be in the best interests of the Company and its Members to address changed circumstances or opportunities. As a result of the foregoing, the success of the Company will be substantially dependent upon the discretion and judgment of the Manager with respect to application and allocation of the net proceeds of this offering.  Investors for the Units offered hereby will be entrusting their funds to the Company's Management, upon whose judgment and discretion the investors must depend.

### N.    Long Term Nature of Investment

. . . Accordingly, purchasers of Units must be willing and able to bear the economic risk of their investment for an indefinite period.  It is likely that investors will not be able to liquidate their investment in the event of an emergency.

### P.    Offering Price

The price of the Units offered has been arbitrarily established by the Company, considering such matters as the state of C-Quadrant's business development, pro forma, and the general condition of the industry in which it operates.  The offering price bears little relationship to the assets, net worth, or any other

objective criteria of value applicable to Extraction Capital Tier 1, LLC.

**Q.    Projections:  Forward Looking Information**

Management has prepared projections regarding C-Quadrant's anticipated financial performance.  The Company's projections are hypothetical and based upon a presumed financial performance of C-Quadrant, the addition of a sophisticated and well-funded marketing plan, and other factors influencing the business of C-Quadrant. The projections are based on Management's best estimate of the probable results of operations of C-Quadrant, based on present circumstances.  These projections are based on several assumptions, set forth therein, which Management believes are reasonable. Some assumptions upon which the projections are based, however, invariably will not materialize due the inevitable occurrence of unanticipated events and circumstances beyond Management's control. Therefore, actual results of operations will vary from the projections, and such variances may be material.  Assumptions regarding future changes in sales and revenues are necessarily speculative in nature.  In addition, projections do not and cannot consider such factors as general economic conditions, unforeseen regulatory changes, the entry into C-Quadrant's market of additional competitors, the terms and conditions of future capitalization, and other risks inherent to C-Quadrant's business. While Management believes that the projections accurately reflect possible future results of C-Quadrant's operations, those results cannot be guaranteed.

**XIII.    ADDITIONAL INFORMATION**

Each prospective investor may ask questions and receive answers concerning the terms and conditions of this offering and obtain any additional information which the Company possesses, or can acquire without unreasonable effort or expense, to verify the accuracy of the information provided in this Memorandum.

The ECT1 Operating Agreement contained the following risk disclosures:

11.13.   Additional Risks.  In addition to the risks set forth above, I am aware of those risk factors described in Exhibit C attached hereto and incorporated herein by reference.

**Statement of Risk Factors[1,2]**

THE PURCHASE OF INTEREST(S) IS SPECULATIVE AND INVOLVES A HIGH DEGREE OF RISK. EACH PROSPECTIVE MEMBER IS URGED TO CAREFULLY CONSIDER THE RISK FACTORS DISCUSSED BELOW (AND IN THE OPERATING AGREEMENT) AND TO CONSULT HIS,

---

[1] Any terms not otherwise defined herein shall have the same meaning as set forth in the Operating Agreement.

[2] The following disclosure apply equally to the Company and to its investment in C-Quadrant, LLC.

DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW

HER OR ITS OWN ADVISORS.

**PROSPECTIVE     MEMBERS     SHOULD     CONSIDER     THE FOLLOWING:**

C.      <u>Risks of Construction</u>.  The Company will be subject to the risks inherent in the construction of the leasehold improvements, including changes in building codes, availability of materials, subcontractor defaults, strikes, or other work stoppages, weather conditions and other unknown contingencies beyond the control of the Manager.

E.      <u>Government Regulation</u>.  Our business will be subject to extensive federal, state and local governmental regulations, including those relating to, among others, public health, sanitation and safety, zoning and fire codes.  We are also subject to laws and regulations governing our relationships with employees, including the Fair Labor Standard Act, the Immigration Reform and Control Act, minimum wage requirements, overtime, reporting of tip income, work and safety conditions and other regulations governing employment.

G.      <u>No Assurance of Company Profits or Net Cash Flow</u>.  There is no assurance that the Business will generate net cash flow.

L.      <u>No Guarantee of Income</u>.  The Units offered hereby should be considered as a speculative investment, and there is no guarantee of a return of all or any part of the amount invested or earnings thereon.

## The GGV PPM contained the following cautionary language:

*These figures are based upon Zabala Farms' pro forma, Target's CPOM and Operating Agreement, and the Company's investment of raised capital under this Memorandum after the Manager's fee and reservation of Units. These figures may vary due to Target's Offering Expenses (as defined in its CPOM) and future operating expenses.

The offering price per unit has been determined by the Company based on (1) Zabala Farms' 2018 pro forma, (2) Target's CPOM and Operating Agreement, and (3) the Company's Manager's fee and reservation of Units (described herein and in the Company's Operating Agreement [see Ex. "D"], which would yield Members of the Company a prospective [see Article VI (Risk Factors)] year-over-year ROI of approximately 133%.

THE UNITS ARE SPECULATIVE SECURITIES. PLEASE READ THIS ENTIRE MEMORANDUM, INCLUDING THE ATTACHED EXHIBITS. THEY CONTAIN INFORMATION YOU SHOULD KNOW BEFORE PURCHASING ANY SECURITIES UNDER THIS OFFERING. IN MAKING AN INVESTMENT DECISION, INVESTORS MUST RELY ON THEIR OWN EXAMINATION OF OUR COMPANY AND THE TERMS OF THE OFFERING, INCLUDING THE MERITS AND RISKS INVOLVED.

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

OFFEREES ARE NOT TO CONSTRUE THE CONTENTS OF THE
MEMORANDUM AS LEGAL, BUSINESS, INVESTMENT OR TAX
ADVICE. EACH OFFEREE SHOULD CONSULT HIS OR HER OWN
COUNSEL, ACCOUNTANT AND OTHER ADVISORS AS TO LEGAL,
TAX, BUSINESS, OR INVESTMENT ADVICE AND RELATED
MATTERS CONCERNING THE INVESTMENT DESCRIBED HEREIN
AND ITS SUITABILITY.

THIS MEMORANDUM INCLUDES CERTAIN STATEMENTS,
ESTIMATES AND PROJECTIONS OF OUR COMPANY WITH RESPECT
TO THE ANTICIPATED FUTURE BUSINESS AND PERFORMANCE
OF OUR COMPANY. SUCH STATEMENTS, ESTIMATES AND
PROJECTIONS REFLECT VARIOUS ASSUMPTIONS OF
MANAGEMENT, WHICH ASSUMPTIONS MAY OR MAY NOT PROVE
TO BE CORRECT. CERTAIN INFORMATION PRESENTED IN THIS
MEMORANDUM CONSTITUTES "FORWARD-LOOKING
STATEMENTS" WITHIN THE MEANING OF THE PRIVATE
SECURITIES LITIGATION REFORM ACT OF 1995, WHICH CAN BE
IDENTIFIED BY THE USE OF FORWARD-LOOKING
TERMINOLOGY SUCH AS "MAY," "EXPECT," "BELIEVE,"
"ANTICIPATE," "ESTIMATE," "PLAN," OR "CONTINUE," OR THE
NEGATIVE THEREOF OR OTHER VARIATIONS THEREON OR
COMPARABLE TERMINOLOGY. SUCH FORWARD-LOOKING
STATEMENTS REPRESENT THE SUBJECTIVE VIEWS OF OUR
MANAGEMENT AND MANAGEMENT'S CURRENT ESTIMATES OF
FUTURE PERFORMANCE ARE BASED ON ASSUMPTIONS WHICH
MANAGEMENT BELIEVES ARE REASONABLE BUT WHICH MAY OR
MAY NOT PROVE TO BE CORRECT. THERE CAN BE NO
ASSURANCE THAT MANAGEMENT'S VIEWS ARE ACCURATE OR
THAT MANAGEMENT'S ESTIMATES WILL BE REALIZED, AND
NOTHING CONTAINED HEREIN IS OR SHOULD BE RELIED ON AS
A PROMISE AS TO OUR FUTURE PERFORMANCE OR CONDITION.
INDUSTRY EXPERTS MAY DISAGREE WITH THESE ASSUMPTIONS
AND WITH MANAGEMENT'S VIEW OF OUR MARKET AND
PROSPECTS.

PRIOR TO MAKING AN INVESTMENT DECISION RESPECTING THE
SECURITIES OFFERED HEREBY, A PROSPECTIVE INVESTOR
SHOULD CAREFULLY REVIEW AND CONSIDER THE CONTENTS
OF THE ENTIRE MEMORANDUM AND THE DOCUMENTS TO
WHICH WE HAVE REFERRED YOU. PROSPECTIVE INVESTORS ARE
URGED TO MAKE ARRANGEMENTS WITH US TO INSPECT ANY
DOCUMENT REFERRED TO IN THIS MEMORANDUM AND OTHER
DATA RELATING TO THIS OFFERING. OUR MANAGEMENT IS
AVAILABLE TO DISCUSS WITH PROSPECTIVE INVESTORS ANY
MATTER SET FORTH IN THIS MEMORANDUM OR ANY OTHER
MATTER RELATING TO THE SECURITIES OFFERED HEREBY IN
ORDER THAT PROSPECTIVE INVESTORS AND THEIR

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

REPRESENTATIVES MAY HAVE AVAILABLE TO THEM ALL INFORMATION, FINANCIAL AND OTHERWISE, RELATING TO THIS INVESTMENT. WE UNDERTAKE (1) TO MAKE AVAILABLE TO EVERY OFFEREE AND ITS REPRESENTATIVES, DURING THE COURSE OF THIS TRANSACTION AND PRIOR TO THE SALE, ANY REASONABLY AVAILABLE INFORMATION REQUESTED BY THEM REGARDING US OR OUR MANAGEMENT, (2) TO GIVE EACH INVESTOR THE OPPORTUNITY TO ASK QUESTIONS OF AND RECEIVE ANSWERS FROM US CONCERNING ALL TERMS AND CONDITIONS OF THIS OFFERING, AND (3) TO OBTAIN ANY ADDITIONAL INFORMATION NECESSARY TO VERIFY THE ACCURACY OF INFORMATION MADE AVAILABLE HEREIN.

NO PERSON HAS BEEN AUTHORIZED IN CONNECTION WITH THIS OFFERING TO GIVE ANY INFORMATION OR TO MAKE ANY REPRESENTATIONS OTHER THAN THOSE CONTAINED IN THIS MEMORANDUM, EXCEPT AS IS MADE AVAILABLE BY US PURSUANT TO THE ABOVE UNDERTAKINGS. OUR ADVERTISEMENTS ARE NOT PART OF THE MEMORANDUM. NO OFFERING LITERATURE OR ADVERTISING IN ANY FORM IS AUTHORIZED FOR USE IN CONNECTION WITH THIS OFFERING EXCEPT FOR THIS MEMORANDUM, THE EXHIBITS ATTACHED HERETO, AND ANY AMENDMENTS HERETO. ONLY THOSE REPRESENTATIONS SET FORTH IN THIS MEMORANDUM MAY BE RELIED UPON IN CONNECTION WITH THIS OFFERING.

EXCEPT AS OTHERWISE INDICATED, THIS MEMORANDUM SPEAKS AS OF THE DATE HEREOF. NEITHER THE DELIVERY OF THIS MEMORANDUM NOR ANY SALE MADE HEREUNDER SHALL, UNDER ANY CIRCUMSTANCES, CREATE ANY IMPLICATION THAT THERE HAS BEEN NO CHANGE IN OUR AFFAIRS AFTER THE DATE HEREOF. THE SUMMARIES OF THE EXHIBITS TO THIS MEMORANDUM ARE QUALIFIED IN ALL RESPECTS BY A REFERENCE TO THE EXHIBITS THEMSELVES.

EACH RECIPIENT OF THIS MEMORANDUM IS ENCOURAGED TO TAKE THE OPPORTUNITY TO ASK QUESTIONS CONCERNING THE TERMS AND CONDITIONS OF THIS OFFERING. ANY COMMUNICATIONS OR INQUIRIES RELATING TO THIS MEMORANDUM SHOULD BE REFERRED TO US AS FOLLOWS . . .

Each prospective subscriber should carefully review the entire Memorandum and all materials referred to herein, including without limitation **Appendix 1** and **Appendix 2**, and conduct his or her own due diligence before subscribing for any Units.

Persons desiring to invest in the Units will be required to make certain representations and warranties regarding their financial condition in the *Subscription Agreement* attached hereto and incorporated herein as **Exhibit A**.

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

Such representations include, but are not limited to, certification that the Investor is an accredited investor or is an Investor who, either alone or with his or her purchaser representative, has such knowledge and experience in financial and business matters that he, she or it is capable of evaluating the merits and risks of the prospective investment ("**Sophisticated Investor**"). We reserve the right to reject any subscription in whole or in part in our sole discretion. *See* Article IV [Suitability Standards].

THE SUBSCRIPTION AGREEMENT INCLUDES CERTAIN REPRESENTATIONS AND WARRANTIES OF THE INVESTOR ON WHICH WE WILL RELY IN DETERMINING WHETHER TO ACCEPT THE SUBSCRIPTION. PROSPECTIVE INVESTORS ARE URGED TO READ THE SUBSCRIPTION AGREEMENT CAREFULLY AND, TO THE EXTENT THEY DEEM APPROPRIATE, TO DISCUSS THE SUBSCRIPTION AGREEMENT, THIS MEMORANDUM AND THEIR PROPOSED INVESTMENT IN THE SECURITIES WITH THEIR LEGAL OR OTHER ADVISORS.

The Units offered hereby are a speculative investment, involving a high degree of risk, including the loss of the entire investment. See Article VI [Risk Factors].

**Zabala Farms Financial Statements as of December 31st, 2017**

| ASSETS | |
|---|---|
| **Current Assets** | |
| Cash | $898,798 |
| Inventory | $707,061 |
| Subscription Receivable | $230,000 |
| Cash on Hand | $1,609 |
| **Total Current Assets** | **$1,837,468** |
| | |
| **Fixed Assets** | |
| Buildings and Other Depreciable Assets | $1,925,640 |
| Accumulated Depreciation | -$62.623 |
| **Total Fixed Assets** | **$1,863,017** |
| | |
| **Other Assets** | |
| Intangible Assets | $289,500 |
| Accumulated Amortization | -$7,889 |
| **Total Other Assets** | **$281,611** |
| | |
| **Total Assets** | **$3,982,096** |

| LIABILITIES AND PARTNERS' CAPITAL ACCOUNT | |
|---|---|
| **Current Liabilities** | |
| Accounts Payable | $629,069 |
| Due to Brown Holdings | $570 |
| **Total Current Liabilities** | **$629,639** |
| | |

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

| Total Liabilities | $629,639 |
|---|---|
| | |
| Partners' Capital Account | $3,352,457 |
| | |
| **Total Partners' Capital Account** | **$3,352,457** |
| | |
| **Total Liabilities and Partners' Capital Account** | **$3,982,096** |

| STATEMENT OF CHANGE IN PARTNERS' CAPITAL ACCOUNTS | |
|---|---|
| Balance at Beginning of the Year | $0.00 |
| Amount Contributed in the Year | $4,000,200 |
| Net Income (Loss) | -$647,743 |
| | |
| **Ending Partnership Capital Accounts** | **$3,352,457** |

| INCOME STATEMENT | |
|---|---|
| Farm Income | |
| Farm Sales | $24,050 |
| Net Farm Sales | $24,050 |
| Misc. Income | $5,234 |
| | |
| **Total Farm Income** | **$29,284** |
| | |
| **Cost of Goods Sold** | |
| Car and Truck Expense | $1,863 |
| Amortization and Depreciation | $70,512 |
| Fertilizers and lime | $35,213 |
| Shipping | $61 |
| Insurance | $1,853 |
| Labor | $155,303 |
| Machinery Rental | $34,380 |
| Property Rental | $347,040 |
| Repairs and Maintenance | $14,000 |
| Seeds and Plants | $408,340 |
| Supplies | $73,824 |
| Direct taxes | $48,811 |
| Utilities | $20,494 |
| Disposal and rash | $1,050 |
| Lab Testing | $1,627 |
| Security | $99,930 |
| Management Fees | $49,500 |
| Meals and Entertainment | $6,612 |
| Total Goods Available for Sale | $1,371,413 |
| Ending Inventory | -$707,061 |
| Costs of Goods Sold | $664,352 |
| | |
| **Net Farm Loss** | **-$635,068** |

Case No. 5:20-cv-01493-MCS-SHK

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

| General and Administrative | |
|---|---|
| Advertising | $3,571 |
| Bank Charges | $197 |
| Professional Fees | $1,578 |
| Office Supplies | $3,840 |
| Travel | $3,489 |
| **Total** | **$12,675** |
| | |
| **Net Income (Loss)** | -$647,743 |

*For more information on Zabala Farms' financials, see its *pro forma* attached hereto and incorporated herein as **Exhibit B,** and the diligence documents in **Appendix 2** hereto.

*For more information regarding Zabala Farms and its operation, see the diligence documents attached hereto and incorporated herein as **Appendix 2**.

## III.   REQUIREMENTS FOR PURCHASERS; SUITABILITY STANDARDS

### General

Investment in the Securities involves significant risks and is suitable only for persons of adequate financial means who have no need for liquidity with respect to this investment and who can bear the economic risk of a complete loss of their investment . . .

. . . Prospective investors are encouraged to consult their personal financial advisors to determine whether an investment in the Units is appropriate.

## IV.   FORWARD LOOKING INFORMATION

**Cautionary Note Regarding Forward Looking Statements:**

This Memorandum contains forward-looking statements within the meaning of the federal securities laws, which involve risks and uncertainties. These forward-looking statements are not historical facts but rather are based on current expectations, estimates and projections about our industry, and our management's beliefs and assumptions. We use words such as "anticipates," "expects," "intends," "plans," "believes," "seeks," "estimates" and variations of these words and similar expressions to identify forward-looking statements. These statements are not guarantees of future performance and are subject to certain risks, uncertainties and other factors, some of which are beyond our control, are difficult to predict and could cause actual results to differ materially from those expressed or forecasted in the forward-looking statements. These risks and uncertainties include those described in "Risk Factors" and elsewhere in this Memorandum. You should not place undue reliance on these forward-looking statements, which reflect our management's view only as of the date of this Memorandum. We undertake no obligation to update these statements or to release publicly the result of any revision to the forward-looking statements that

Case No. 5:20-cv-01493-MCS-SHK
DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW

we may make to reflect events or circumstances after the date of this Memorandum or to reflect the occurrence of unanticipated events.

Management has prepared projections regarding Zabala Farms' anticipated financial performance. The Company's projections are hypothetical and based upon a presumed financial performance of Zabala Farms, the addition of a sophisticated and well-funded marketing plan, and other factors influencing the business of Zabala Farms. The projections are based on Management's best estimate of the probable results of operations of Zabala Farms, based on present circumstances. These projections are based on several assumptions, set forth therein, which Management believes are reasonable. Some assumptions upon which the projections are based, however, invariably will not materialize due the inevitable occurrence of unanticipated events and circumstances beyond Management's control. Therefore, actual results of operations will vary from the projections, and such variances may be material. Assumptions regarding future changes in sales and revenues are necessarily speculative in nature. In addition, projections do not and cannot consider such factors as general economic conditions, unforeseen regulatory changes, the entry into Zabala Farms' market of additional competitors, the terms and conditions of future capitalization, and other risks inherent to Zabala Farms' business. While Management believes that the projections accurately reflect possible future results of Zabala Farms' operations, those results cannot be guaranteed.

Important factors that may cause the actual results to differ from those expressed within may include, but are not limited to:

- The success or failure of the Zabala Farms' efforts to successfully market its products and services as scheduled;
- Zabala Farms' ability to attract, build, and maintain a customer base;
- Zabala Farms' ability to attract and retain quality employees;
- The effect of changing economic conditions; and
- Any catastrophic change in the current local or federal political and enforcement policies.

These along with other risks, which are described under "RISK FACTORS" may be described in future communications to Members. The Company makes no representation and undertakes no obligation to update the forward-looking information to reflect actual results or changes in assumptions or other factors that could affect those statements.

## V.    RISK FACTORS

**Investing in the Company's Units is very risky. You should be able to bear a complete loss of your investment. You should carefully consider the following factors, including those listed in the accompanying Operating Agreement of the Company [see Ex. C].**

The financial condition, business, operations, and prospects of the Company

DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW

involve a high degree of risk. You should carefully consider the risks and uncertainties described below, which constitute material risks relating to the Company, and the other information in this Memorandum. If any of the following risks are realized, the Company's business, operating results and financial condition could be harmed, and the value of the Units could suffer. This means that our Investors and members could lose all or a part of their investment. Prospective investors are cautioned not to make an investment in our Securities unless they can afford to lose their entire investment.

**C.     Dependence on Management**

In all stages of development, the Company's business will be significantly dependent on Zabala Farms' management team. Zabala Farms' success will be particularly dependent upon: David Sheehan, David Emerson, Anthony "Todd" Johnson, and Jeremy Johnson.  The loss of any one of these individuals could have a material adverse effect on Zabala Farms, and therefore the Company.

**N.     Long Term Nature of Investment**

An investment in the Units may be long term and illiquid.  As discussed above, the offer and sale of the Units will not be registered under the Securities Act or any foreign or state securities laws because of exemptions from such registration, which depends in part on the investment intent of the investors.  Prospective investors will be required to represent in writing that they are purchasing the Units for their own account for long-term investment and not with a view towards resale or distribution.  Accordingly, purchasers of Units must be willing and able to bear the economic risk of their investment for an indefinite period. It is likely that investors will not be able to liquidate their investment in the event of an emergency.

**P.     Offering Price**

The price of the Units offered has been arbitrarily established by the Company, considering such matters as the state of Zabala Farms' business development, pro forma, and the general condition of the industry in which it operates.  The offering price bears little relationship to the assets, net worth, or any other objective criteria of value applicable to Green Growth Ventures, LLC.

**\*For additional risk factors, see Exhibit C to the Company's *Operating Agreement*, a copy of which is attached hereto as <u>Exhibit C</u>.**

**XV.     ADDITIONAL INFORMATION**

Each prospective investor may ask questions and receive answers concerning the terms and conditions of this offering and obtain any additional information which the Company possesses, or can acquire without unreasonable effort or expense, to verify the accuracy of the information provided in this Memorandum.

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

In the event the terms of this Memorandum differ from those set forth in the Company's Operating Agreement, then the terms of the Operating Agreement shall govern.

## The GGV *Operating Agreement* contained the following risk disclosures:

11.13. <u>Additional Risks</u>. In addition to the risks set forth above, I am aware of those risk factors described in <u>Exhibit C</u> attached hereto and incorporated herein by reference.

### Statement of Risk Factors[3],[4]

THE PURCHASE OF INTEREST(S) IS SPECULATIVE AND INVOLVES A HIGH DEGREE OF RISK. EACH PROSPECTIVE MEMBER IS URGED TO CAREFULLY CONSIDER THE RISK FACTORS DISCUSSED BELOW (AND IN THE OPERATING AGREEMENT) AND TO CONSULT HIS, HER OR ITS OWN ADVISORS.

**PROSPECTIVE MEMBERS SHOULD CONSIDER THE FOLLOWING:**

**We depend on our Managing Members and on our continuous collaboration with Zabala Farms and the loss of their services would have an adverse effect on our business.**

. . . Zabala Farms' success will be particularly dependent upon: David Sheehan, David Emerson, Todd Johnson, and Jeremy Johnson.

**Unanticipated Obstacles to Execution of the Business Model.**

Zabala Farms' business plans may change significantly. Many of the Zabala Farms' potential business endeavors are capital intensive and may be subject to statutory or regulatory requirements. Management believes that Zabala Farms' chosen activities and strategies are achievable considering current economic and legal conditions with the skills, background, and knowledge of Zabala Farms' principals and advisors. Management reserves the right to make significant modifications to the Company's stated strategies depending on future events.

**Marijuana remains illegal under Federal law.**

. . .

**We may have difficulties accessing the services of banks, which may make it difficult for us to purchase products and services or do so profitably.**

---

[3] Any terms not otherwise defined herein shall have the same meaning as set forth in the Operating Agreement.

[4] The following disclosure apply equally to the Company and to its investment in C-Quadrant, LLC.

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

. . .

**There is no track record for companies pursuing our strategy and if our strategy is unsuccessful, we will not be profitable and our Investors could lose their investments.**

. . .

**This is a highly speculative investment.**

There is no guaranteed return on this investment. Our business is speculative and there is no assurance that we will satisfy any of its business goals. Because an investment in the Units involves a high degree of risk, no assurance can be given that the Investors will realize any return on their investment, or that they will not lose their entire investment altogether.

**The Offering price of the Units was arbitrarily determined.**

The price of the Units has been arbitrarily established by us and does not necessarily bear any relationship to our assets, book value, earnings or other established criteria of value. There is currently no active trading market for our Units and none may develop in the future. Among factors considered in determining the purchase price are the prospects for our business, the general condition of the industry in which we operate, and an assessment of our management personnel's prior experiences. The Offering price does not reflect market forces and should not be regarded as an indicator of any future market price of our securities.

The foregoing renders any forward-looing statements made by Lloyd and Defendant immaterial.

Even if the statements were material, they were not negligently made by Defendant.

    ii.    **The Section 10(b) Claim**

        a.    ***Plaintiff's burden of proof.***

        b.    ***Plaintiff's allegations.***

        c.    ***Defendant's defense.***

    i.    **The Section 20(a) Claim.**

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

a. ***Plaintiff's burden of proof.***

b. ***Plaintiff's allegations.***

c. ***Defendant's defense.***

A court may ultimately hold a defendant liable either as a primary violator or a controlling person, <u>but not both</u>. *PR Diamonds, Inc. v. Chandler*, 91 F. App'x 418, 442 & n.4 (6th Cir. 2004); *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*, 164 F. Supp. 3d 568, 586-87 (S.D.N.Y. 2016).  For example, a plaintiff may allege facts supporting both a securities fraud claim under Section 10(b) and Rule 10b-5, and a control person claim under Section 20 against a secondary actor who may not qualify as the maker of an allegedly fraudulent statement under *Janus Capital Group v. First Derivative Traders* (564 U.S. 135, 146 (2011)).

Here, the Court has already determined that Defendant is primarily liable in respect of the SEC's Section 10(b) claim. *See* Order at pg. 14, lines 12-17.  The question then becomes (a) whether any alleged misrepresentation made by Defendant was material and, if so (b) whether Defendant acted with scienter.  However, because the Court has determined that Defendant may be held primary liable, then its alternative claim under Section 20 of the Exchange Act is moot, regardless of Lloyd's conduct.

**C.** <u>**Summary of Key Evidence in Opposition to Plaintiff's Claims**</u>

**D.** <u>**Summary Statement of Affirmative Defenses and Key Evidence in Support**</u>

i. **Affirmative defenses.**

Case No. 5:20-cv-01493-MCS-SHK
DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

    **a.**  *Assumption of the risk.*

    **b.**  *Good faith (Section 20(a)).*

   **ii.**  **Evidence in Support.**

  **E.**  <u>**Identification of Anticipated Evidentiary Issues**</u>

  **F.**  <u>**Identification of Any Issues of Law**</u>

  **G.**  <u>**Remedies.**</u>

   **i.**  **Injunction.**

   **ii.**  **Disgorgement.**

   **iii.**  **Civil Penalty.**

**II.**  **BIFURCATION OF ISSUES**

**III.**  **JURY TRIAL**

**IV.**  **ATTORNEYS' FEES**

**V.**  **ABANDONMENT OF ISSUES**


Date: March 19, 2022.

         */s/ Mark Heckele*
         _____
         Mark Heckele
         *Defendant pro se*

DEFENDANT'S <u>SUPPLEMENTAL</u> MEMORANDUM OF CONTENTIONS OF FACT AND LAW

## **PROOF OF SERVICE**

I am over the age of 18 years and a defendant pro se in this action. My contact info.:

> P.O. Box 2153
> Friday Harbor, WA 98250
> Telephone: (520) 344-2495

On March 19, 2022, I caused to be served the within document on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 19, 2022.

*/s/ Mark Heckele*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Mark Heckele
*Defendant pro se*

DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW

***SEC v. Anthony Todd Johnson (aka Todd Johnson), et al.***
**United States District Court—Central District of California**
**Case No. 5:20-cv-01493-MCS-SHK**

### SERVICE LIST

Hon. Mark C. Scarsi
mcs_chambers@cacd.uscourts.gov
c/o Stephen Montes Kerr
*Courtroom Deputy Clerk*
stephen_montes_kerr@cacd.uscourts.gov
*Presiding Judge*

Donald W. Searles
searlesd@sec.gov
Charles E. Canter
canterc@sec.gov
Securities and Exchange Commission
*Attorneys for Plaintiff*

Case No. 5:20-cv-01493-MCS-SHK
DEFENDANT'S SUPPLEMENTAL MEMORANDUM OF CONTENTIONS OF FACT AND LAW